832 A.2d 911

IN THE MATTER OF ANTHONY C. BRUNEIO, AN ATTORNEY AT LAW (ATTORNEY NO. 003271989).

October 6, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–458, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14 **ANTHONY C. BRUNEIO** of **CHERWAY, SOUTH CAROLINA**, who was admitted to the bar of this State in 1991, should be disciplined based on respondent's discipline in the Commonwealth of Pennsylvania for conduct in violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.5(a) (excessive fee), *RPC* 1.15(b) (failure to deliver funds to which client or third person is entitled), *RPC* 1.16(d) (failure to refund unearned retainer), *RPC* 5.3(c) (failure to supervise a non-lawyer employee),

and *RPC* 8.4(d) (conduct involving dishonesty, fraud, deceit of misrepresentation);

And the Disciplinary Review Board having further concluded that respondent should not be reinstated to the practice of law in this State unless and until restored to practice in Pennsylvania;

And **ANTHONY C. BRUNEIO** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **ANTHONY C. BRUNEIO** is suspended from the practice of law for a period of five years and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that **ANTHONY C. BRUNEIO** shall not be reinstated to the practice of law in New Jersey unless and until respondent is reinstated to the practice of law in Pennsylvania; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.